# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| WACOH COMPANY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ANALOG DEVICES, INC.; ROBERT BOSCH LLC; KIONIX, INC.; VTI TECHNOLOGIES, INC.; and INVENSENSE, INC.,<br><br>　　　　　Defendants. | Case No. CASE NO. C 12-00530 MEJ<br><br>**(Proposed)**<br>**ORDER**<br><br>Courtroom: B – 15th Floor<br><br>Judge: Magistrate Judge Maria-Elena James<br><br>Date Transferred: February 02, 2012<br><br>Initial Case Management Conference: May 17, 2012 |

IT IS HEREBY ORDERED THAT attorney Vinay V. Joshi of Turocy & Watson LLP be substituted as counsel for defendant INVENSENSE, INC. in place of Morrison & Foerster LLP and Young Conaway Stargatt & Taylor LLP.

IT IS SO ORDERED.

Dated:　April 16, 2012

*[Signed: Judge Maria-Elena James, United States District Court, Northern District of California seal]*